# Third District Court of Appeal

## State of Florida

Opinion filed May 1, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1656
Lower Tribunal No. 18-37356
_____


**Yaniv Nakash, etc., et al.,**
Appellants,

vs.

**Covenant Palms ULGM, LLC,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Assouline & Berlowe, P.A., and Kevin D. Klagge, for appellants.

Marva L. Wiley, for appellee.


Before SCALES, MILLER, and LOBREE, JJ.

PER CURIAM.

Appellants, the defendants below, Yaniv Nakash[1] and Michael Herskowitz appeal the trial court's July 21, 2023 final judgment awarding appellee, the plaintiff below, Covenant Palms ULGM, LLC ("Covenant Palms") a joint and several $1 million judgment against appellants. The principal issue disputed at trial was whether the parties had entered into an enforceable, binding contract for the purchase and sale of real property located in Miami, Florida.

After conducting a bench trial, the trial court entered detailed findings of fact, finding, *inter alia*, that the parties had entered into an enforceable, written purchase agreement, and that the buyer, Nakash, had breached the contract. The trial court further found that Herskowitz, who served as the escrow agent for the transaction, had breached his fiduciary duty owed to Covenant Palms by releasing the $1 million escrow deposit to Nakash.

Each of the trial court's factual findings are supported by competent, substantial evidence, and our *de novo* review of the trial court's legal determinations regarding the contract reveal no error. See Evans v. Diaz, 365 So. 3d 1176, 1178 (Fla. 4th DCA 2023) ("[I]ssues of contract interpretation and formation are reviewed de novo, while factual findings are

---

[1] As trustee of the Nakash Family Land Trust.

2

reviewed for competent, substantial evidence."). Accordingly, we affirm the July 21, 2023 final judgment.

Affirmed.